# United States District Court
# For The Western District of North Carolina
# Statesville Division

PABLO GUTIERREZ BENITEZ,

       Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                         CASE NO.    5:05CV262-2-MU

LAFAYETTE HALL,
ADMINISTRATOR

       Defendant(s).

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 15, 2005, Order.

**Signed: November 16, 2005**

Frank G. Johns, Clerk
United States District Court